DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PATRICE CARTER-WILLIAMS,**
Appellant,

v.

**TOYOTA MOTOR CREDIT CORPORATION** d/b/a **LEXUS FINANCIAL SERVICES** and **AUTONATION IMPORTS OF PALM BEACH, INC.** d/b/a **LEXUS OF PALM BEACH,**
Appellees.

No. 4D19-2245

[April 23, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Judge; L.T. Case No. 502018CA010060.

Patrice Carter-Williams, Riviera Beach, pro se.

Phillip S. Howell and David T. Burr of Galloway, Johnson, Tompkins, Burr & Smith, PLC, Tampa, for Appellee Toyota Motor Credit Corporation.

Nancy W. Gregoire of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Richard A. Ivers of the Law Office of Richard A. Ivers, Coconut Creek, for Appellee Autonation Imports of Palm Beach.

PER CURIAM.

*Affirmed.*

WARNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***